UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECTION 23 PROPERTY OWNER'S ASSOCIATION, INC., a Florida corporation

    Plaintiff,

v.                                Case No: 2:15-cv-261-FtM-38CM

JANE B. ROBINSON, ALBERT M. ROBINSON and LISA SPADER PORTER,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket. On May 12, 2015, the Court issued an Order finding that Defendant Albert M. Robinson failed to show cause as to how this Court retains subject matter jurisdiction over the instant action. (Doc. #9). In doing so, the Court remanded this action back to the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida. (Doc. #9 at 4). After issuing the May 12, 2015 Order, the Court became aware of Defendant Albert M. Robinson's Response to the Court's Order to Show Cause. (Doc. #10). Because Defendant Albert M. Robinson concludes his Response by stating that "in the interest[] of judicial economy . . . [he] will

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

withdraw [his] removal plea" ([Doc. #10 at 16](#)), the Court finds that its May 12, 2015 Order remains in effect and that no further action is needed.

Accordingly, it is now

**ORDERED:**

The Clerk of Court is directed to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida.

**DONE** and **ORDERED** in Fort Myers, Florida, this 14th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record