UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECTION 23 PROPERTY OWNER'S ASSOCIATION, INC., a Florida corporation

    Plaintiff,

v.                                             Case No: 2:15-cv-261-FtM-38CM

JANE B. ROBINSON and ALBERT M. ROBINSON,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Defendant Albert M. Robinson's Notice to the Court (Doc. #12) filed on May 18, 2015. On May 12, 2015, the Court remanded this action to the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida. (Doc. #9). Because this action is now proceeding in the Florida state court, the Court will take no further action on the Defendant's Notice.

**DONE** and **ORDERED** in Fort Myers, Florida, this 4th day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.